UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP.,

               Movant,

      – *against* –

R.J. REYNOLDS VAPOR COMPANY,

             Respondent.

**ORDER**

25 Misc. 371 (ER)

Ramos, D.J.:

      On August 29, 2025, Paul, Weiss, Rifkind, Wharton & Garrison LLP brought this action to quash a subpoena arising from post-judgment proceedings in a suit in the Middle District of North Carolina. Docs. 1, 2. On May 7, 2026, the parties jointly filed a notice of withdrawal of the motion. Doc. 21. The parties request that motion to quash be denied as moot. *Id.*

      Accordingly, the motion to quash the subpoena is denied as moot. The Clerk of Cout is respectfully directed to terminate the motion, Doc. 1, and to close the case.

It is SO ORDERED.

Dated:  May 12, 2026
        New York, New York

                                  _____
                                    EDGARDO RAMOS, U.S.D.J.